UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

In re:   §   Case No. 05-34746 ASD
MATRIX INVESTMENT CORPORATION   §
§   (CHAPTER 7)
§
§
Debtor(s).   §
§

### REPORT OF SMALL/UNCLAIMED DIVIDENDS

The undersigned trustee reports:

XX    The dividend(s) payable to the creditor(s) listed in Exhibit A hereto is (are) in an amount less than that Specified in Bankruptcy Rule 3010.

_____    More than ninety (90) days have passed since the final distribution. I have made a reasonable effort to locate those creditors who did not cash their checks within 90 days or whose checks were returned undeliverable. The dividend(s) payable to the creditor(s) listed in Exhibit A hereto remain unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable, and 11 U.S.C. 347(a), the undersigned trustee remits herewith a check in the total amount shown on Exhibit A for deposit into the United States Treasury, pursuant to chapter 129 of title 28.

DATED: 12.28.2010

/s/ Bonnie C. Mangan
Bonnie C. Mangan, Trustee
Westview Office Park, 1050 Sullivan Avenue, Ste A3
South Windsor, CT  06074
(860) 644-4204

# EXHIBIT A

Case Name:    MATRIX INVESTMENT CORPORATION
Case Number:   05-34746

| Creditor Name and Address | Claim Number | Distrib. Amount | Small Dividend | Unclaimed Dividend |
|---|---|---|---|---|
| T-Mobile USA Inc.<br>Attention: Bankruptcy Department, P.O. Box 53410<br>Bellevue, WA 98015 | 33 | $27.27 | $0.62 | |

TOTAL AMOUNT REMITTED TO CLERK:                           $         0.62   $0.62