# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: | Case No. 05-34746 ASD |
| MATRIX INVESTMENT CORPORATION | (CHAPTER 7) |
| Debtor(s). | |

## REPORT OF SMALL/UNCLAIMED DIVIDENDS

The undersigned trustee reports:

____  The dividend(s) payable to the creditor(s) listed in Exhibit A hereto is (are) in an amount less than that Specified in Bankruptcy Rule 3010.

__X__  More than ninety (90) days have passed since the final distribution. I have made a reasonable effort to locate those creditors who did not cash their checks within 90 days or whose checks were returned undeliverable. The dividend(s) payable to the creditor(s) listed in Exhibit A hereto remain unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable, and 11 U.S.C. 347(a), the undersigned trustee remits herewith a check in the total amount shown on Exhibit A for deposit into the United States Treasury, pursuant to chapter 129 of title 28.

DATED: September 8, 2011

Bonnie C. Mangan, Trustee
Westview Office Park, 1050 Sullivan Avenue, Ste A3
South Windsor, CT 06074
(860) 644-4204

# EXHIBIT A

Case Name: MATRIX INVESTMENT CORPORATION
Case Number: 05-34746

| Creditor<br>Name and Address | Claim<br>Number | Distrib.<br>Amount | Small<br>Dividend | Unclaimed<br>Dividend |
|---|---|---|---|---|
| Philip E. Coiro<br>90 Natchaug Drive<br>Glastonbury, CT 06033 | 7 | $778.00 | | $17.82 |
| Ron Adams Real Estate Appraisal Service<br>8413 Willow Wood Drive<br>Fort Washington, MD 20744 | 18 | $350.00 | | $8.02 |
| Dart Appraisal.com<br>390 Enterprise Court, Suite 100<br>Bloomfield Hills, MI 48302 | 39 | $1,050.00 | | $24.05 |
| TOTAL AMOUNT REMITTED TO CLERK: | | | $ 0.00 | $ 49.89 |